

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Erik T. Robinson
_Full name of Plaintiff_

v.                                    Civil Action No. 08cv3077

Medefile Int'l Inc.
_Defendant(s)_

I, Erik T. Robinson, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?     Yes ☒   No ☐
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
   $18,800/yr   Penn Museum 3260 South Street, Phila PA 19104

   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?     Yes ☐    No ☒
   b.) Rent payments, interest, or dividends?               Yes ☐    No ☒
   c.) Pensions, annuities, or life insurance payments?     Yes ☐    No ☒
   d.) Gifts or inheritances?                               Yes ☐    No ☒
   e.) Any other sources?                                   Yes ☐    No ☒
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

3.) Do you own cash, or do you have money in a checking or savings account?   Yes ☒   No ☐
   If the answer is "yes", state the total value of the items owned.   $300

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐   No ☒
   If the answer is "yes", describe the property and state is approximate value.

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON   June 27, 2008              _[signature]_
                (Date)                    (Plaintiff's Signature)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erik T. Robinson<br>    Plaintiff/Atty. ProSe | § § § § |
| V. | § Case#_____ |
| Medefile International Inc.<br>    Defendant | § § § § § |

## Plaintiff's Personal Statement in Support of Motion to Proceed in Forma Pauperis

When evaluating the eligibility of the Plaintiff to proceed in Forma Pauperis, the Plaintiff would like to offer the following points for consideration:

- Although the Plaintiff is currently employed, he does not make a high salary.

- Plaintiff is filing this action alone, without the benefit of an attorney willing to bear these costs against anticipated settlements.

- By not hiring an attorney and researching and preparing the complaint by himself, Plaintiff has made considerable effort to mitigate his expenses.

Respectfully Submitted,

_____    6/27/2008
Erik Robinson, Plaintiff/Attorney Pro Se           Date